IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE MIXON,

        Plaintiff,                   No. CIV S-00-1576 MCE KJM P

    vs.

ERNEST ROE, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve objections to the February 6, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 8, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted up to and including March 12, 2006, as requested in his motion, in which to file and serve objections to the February 6, 2006 findings and recommendations. This order is retroactive to the date of plaintiff's request for an extension.

DATED: March 15, 2006.

                                     UNITED STATES MAGISTRATE JUDGE

2/mp mixo1576.36