IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE MIXON,                              No. 2:00-cv-1576-MCE-KJM-P

      Plaintiff,

  v.                                        <u>AMENDED ORDER</u>

ERNEST ROE, et al.,

      Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 6, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1 On March 15, 2006, the magistrate judge granted Plaintiff's
2 Request for an Extension of Time, up to and including March 12,
3 2006, in which to file his Objections. On March 17, 2006,
4 Plaintiff filed Objections to the Findings and Recommendations.

5 The Court has reviewed the file and the Objections and finds
6 the Findings and Recommendations to be supported by the record
7 and by the magistrate judge's analysis.

8 Accordingly, IT IS HEREBY ORDERED that:

9 1. The Findings and Recommendations filed February 6, 2006,
10 are adopted in full; and

11 2. Defendants' May 23, 2005 Motion for Summary Judgment is
12 granted.

13 DATED: March 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE