UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| GEORGE E. MIXON,<br><br>      Plaintiff - Appellant,<br>v.<br><br>CHERYL PLILER; et al.,<br><br>      Defendants - Appellees. | No.  06-15890<br>D.C. No.  CV-00-01576-MCE/KJM<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _____

_____

_____

_____

*/s/*
_____
Judge
United States District Court

Date:  6-19-06